UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EASTERN MARKET CORPORATION, a Michigan non-profit,<br><br>   Plaintiff,<br><br>vs.<br><br>BUTCHERS REAL ESTATE, LLC, a Michigan limited liability company; and 219 COMPANY, LLC, a Michigan limited liability company,<br><br>   Defendants. | Case No. 24-10591<br><br>District Court Judge Linda V. Parker<br><br>Magistrate Judge Curtis Ivy, Jr. |

## **STIPULATION REGARDING DISMISSAL**

The remaining parties in this case are Plaintiff Eastern Market Corporation ("EMC"), Defendant Butchers Real Estate, LLC ("Butchers"), and Defendant 219 Company, LLC ("219 Company") (EMC, Butchers, and 219 Company collectively as "Parties").

1

The Parties have entered into a resolution. Therefore, the Parties respectfully request that the Court dismiss the remaining claims without prejudice and without costs or fees to any party.

By: */s/ Joseph A. Doerr*
Joseph A. Doerr (P66109)
Attorney for Plaintiff Eastern Market Corporation
838 W. Long Lake Road, Suite 211
Bloomfield Hills, MI 48302
(248) 212-0167
joe@dmhlawyers.com


By:*/s/Avery J. Bradley (with consent)*
Avery J. Bradley (P33630)
Attorney for Defendants Butcher's Real Estate, LLC and 219 Company LLC
21751 Coolidge Hwy.
Oak Park, MI 48237
(313) 962-6020
ajblawfirm@yahoo.com

Dated: April 1, 2025

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EASTERN MARKET CORPORATION, a Michigan non-profit,<br><br>       Plaintiff,<br><br>vs.<br><br>BUTCHERS REAL ESTATE, LLC, a Michigan limited liability company; and 219 COMPANY, LLC, a Michigan limited liability company,<br><br>       Defendants. | Case No. 24-10591<br><br>District Court Judge Linda V. Parker<br><br>Magistrate Judge Curtis Ivy, Jr. |

## ORDER OF DISMISSAL

Pursuant to the Stipulation Regarding Dismissal,

**IT IS HEREBY ORDERED** that this lawsuit and all remaining claims are dismissed without prejudice and without costs or fees to any party.

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: April 1, 2025